# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

146473 & (54)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ABERDEEN OF BRIGHTON, L.L.C.,
        Petitioner-Appellee,

v

CITY OF BRIGHTON,
        Respondent-Appellant.

SC: 146473
COA: 301826
MI Tax Tribunal: 00-345517

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     VIVIANO, J., not participating.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013 _____

t0225

_____
Clerk